IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

  v.

LOWRY, et al.,

    Defendants.
    _____/

No. C 11-06162 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    In light of the fact that the Clerk has entered default against the Defendants, the Court HEREBY CONTINUES the case management conference scheduled for March 30, 2012, to May 25, 2012 at 1:30 p.m. Plaintiff shall file a further case management statement by no later than May 18, 2012. If Plaintiff files a motion for default judgment before May 18, 2012, the case management conference shall be vacated, and the motion shall be referred to a randomly assigned Magistrate Judge for the purposes of preparing a report and recommendation.

    Plaintiff is HEREBY ORDERED to serve a copy of this Order on Defendants.

    **IT IS SO ORDERED.**

Dated: March 26, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE