IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | No. C 11-06162 JSW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE, VACATING HEARING ON MOTION FOR DEFAULT JUDGMENT, AND REFERRING MOTION TO MAGISTRATE JUDGE** |
| v. | |
| LOWRY, et al., | |
| Defendants. | |

Plaintiff has filed a motion for default judgment, which it noticed for hearing on May 25, 2012 at 9:00 a.m. Pursuant to the Court's Order of March 26, 2012: (1) the case management conference set for May 25, 2012 at 1:30 p.m. is VACATED; (2) the motion is HEREBY REFERRED to a randomly assigned Magistrate Judge for purposes of preparing a report and recommendation; and (3) the hearing date of May 25, 2012 on the motion is VACATED. If the parties do not receive notification of an assignment within fourteen (14) days of the date of this Order, please contact this Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4173.

Plaintiff is HEREBY ORDERED to serve a copy of this Order on Defendants.

**IT IS SO ORDERED.**

Dated: March 28, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk