1
2
3
4
5
6                         IN THE UNITED STATES DISTRICT COURT

7                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9     JOE HAND PROMOTIONS, INC.,                    No.  C 11-06162 JSW

10              Plaintiff,                          **ORDER VACATING HEARING
                                                    AND REFERRING MOTION TO**
11      v.                                          **VACATE DEFAULT TO
                                                    MAGISTRATE JUDGE BEELER**
12    LOWRY, et al.,

13              Defendants.

14
      _____/
15

16          On April 10, 2012, Defendants filed a motion to vacate entry of default, which they

17    noticed for hearing on May 25, 2012 at 9:00 a.m.  The Court previously referred Plaintiff's

18    motion for default judgment to a randomly assigned Magistrate Judge for a report and

19    recommendation, and that motion was assigned to Magistrate Judge Beeler.  The Court

20    HEREBY REFERS the motion to vacate default to Magistrate Judge Beeler to be considered in

21    conjunction with her report and recommendation on the motion for default judgment.

22          The Court VACATES the hearing date of May 25, 2012 before the undersigned.

23          **IT IS SO ORDERED.**

24    Dated: April 12, 2012                    _____
                                               JEFFREY S. WHITE
25                                             UNITED STATES DISTRICT JUDGE

26
      cc:    Magistrate Judge Beeler
27           Magistrate Referral Clerk

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC. et al,

          Plaintiff,

   v.

LOWRY ET AL et al,

          Defendant.

_____/

Case Number: CV11-06162 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 12, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adam and Margaret Lowry
9951 San Pablo Avenue
El Cerrito, CA 94530

Dated: April 12, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

United States District Court
For the Northern District of California