United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | No. C 11-06162 JSW |
| Plaintiff, | **ORDER VACATING HEARING AND REFERRING MOTION TO VACATE DEFAULT TO MAGISTRATE JUDGE BEELER** |
| v. | |
| LOWRY, et al., | |
| Defendants. | |

On April 10, 2012, Defendants filed a motion to vacate entry of default, which they noticed for hearing on May 25, 2012 at 9:00 a.m. The Court previously referred Plaintiff's motion for default judgment to a randomly assigned Magistrate Judge for a report and recommendation, and that motion was assigned to Magistrate Judge Beeler. The Court HEREBY REFERS the motion to vacate default to Magistrate Judge Beeler to be considered in conjunction with her report and recommendation on the motion for default judgment.

The Court VACATES the hearing date of May 25, 2012 before the undersigned.

**IT IS SO ORDERED.**

Dated: April 12, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Beeler
    Magistrate Referral Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC. et al,

    Plaintiff,

v.

LOWRY ET AL et al,

    Defendant.

Case Number: CV11-06162 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 12, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adam and Margaret Lowry
9951 San Pablo Avenue
El Cerrito, CA 94530

Dated: April 12, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk