IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | No. C 11-06162 JSW |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION AND SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ADAM LOWRY, et al., | |
| Defendants. | **(Docket Nos. 17, 19, 25)** |

This matter comes before the Court upon consideration of Magistrate Judge Beeler's Report and Recommendation dated July 31, 2012 (the "Report"), in which she recommends that the Court grant Defendants' motion to vacate default and deny Plaintiff's motion for default judgment. The deadline to file objections has passed, and neither party has objected to the Report.

The Court finds the Report thorough and well reasoned and adopts it in every respect. Accordingly, Defendants' motion to vacate default is GRANTED, and Plaintiff's motion for default judgment is DENIED.

The parties shall appear for a case management conference on Friday, September 21, 2012, at 1:30 p.m. The parties shall submit their case management conference statements by no later than September 14, 2012.

The Court also hereby advises Defendants that the Handbook for Pro Se Litigants, which is available through the Court's website or in the Clerk's office, contains helpful information

about proceeding without an attorney. The Court also advises Defendants that they also may wish to seek assistance from the Legal Help Center. Defendants may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: August 22, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC. et al,

    Plaintiff,

  v.

LOWRY ET AL et al,

    Defendant.

Case Number: CV11-06162 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adam Lowry
Margaret Lowry
9951 San Pablo Avenue
El Cerrito, CA 94530

Dated: August 22, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC. et al,

    Plaintiff,

v.

LOWRY ET AL et al,

    Defendant.

Case Number: CV11-06162 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adam and Margaret Lowry
9951 San Pablo Avenue
El Cerrito, CA 94530

Dated: August 22, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

4