United States District Court
Northern District of California

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

  v.

ADAM LOWRY, et al.,

    Defendants.

Case No.: 11-cv-6162 JST (KAW)

ORDER DENYING MOTION TO COMPEL WITHOUT PREJUDICE

On February 26, 2013, this matter was referred to U.S. Magistrate Judge Kandis A. Westmore for discovery purposes. Plaintiff filed a motion to compel discovery responses on February 22, 2013. The undersigned does not entertain formal discovery motions.

The parties are ordered to comply with the Court's General Standing Order, available online at *http://www.cand.uscourts.gov/kaworders*. They must first meet and confer in good faith to attempt to resolve the pending motion to compel. If the parties are unable to resolve the dispute, they shall file a joint letter.

Plaintiff's motion to compel is denied without prejudice.

IT IS SO ORDERED.

DATE: March 1, 2013

*(signature)*
KANDIS A. WESTMORE
United States Magistrate Judge