United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | No.  3:11-CV-06162 JST (NJV) |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE AND SETTING STATUS CONFERENCE |
| v. | |
| ADAM LOWRY, et al., | |
| Defendants. | |

A settlement conference is set in this case for April 22, 2013.  On April 18, 2013, Plaintiff filed a notice of settlement, stating that all claims in this action have been settled in their entirety. (Doc. 50.)  Plaintiff asks that all calendared dates be vacated.  Accordingly, the settlement conference set for April 22, 2013, is HEREBY VACATED.

This case is HEREBY SET for a telephonic status conference at 1:00 pm. on Tuesday, April 30, 2013. The parties shall attend the status conference by dialing 888-684-8852 and entering access code 1868782.

IT IS SO ORDERED.

Dated: April 19, 2013

NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.

ADAM LOWRY, et al,

    Defendants.

No. 3:11-CV-6162 JST (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 19, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Adam Lowry
9951 San Pablo Avenue
El Cerrito, CA 94530

Margaret Lowry
9951 San Pablo Avenue
El Cerrito, CA 94530

Dated: April 19, 2013

/s/ *Linn Van Meter*
Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas