1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    JOE HAND PROMOTIONS, INC.,
                                                    Case No.  11-cv-06162-JST
            Plaintiff,

8                                                   **ORDER TO FILE STIPULATION OF
     v.                                             DISMISSAL**
9
     ADAM LOWRY, et al.,                            Re: ECF No. 50
10
            Defendants.
11

12        The parties stated on the record on April 18, 2013, that they have settled this action.  See

13   ECF No. 50.  Accordingly, all deadlines and hearings in this case are VACATED.  By June 3,

14   2013, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining

15   why they failed to comply with this Order.

16        Any continuance of the deadline set in this Order requires a showing of good cause.

17   Failure to comply with that deadline may result in sanctions.

18        **IT IS SO ORDERED**.

19   Dated: April 24, 2013

20   _____
                                    JON S. TIGAR
21                         United States District Judge

22

23

24

25

26

27

28

United States District Court
Northern District of California