Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Adam Lowry, et al., <br><br> Defendants. | CASE NO. 3:11-cv-06162-JST <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ADAM LOWRY and MARGARET LOWRY A/K/A MARGARET KLATT, individually and d/b/a TATAMI MARTIAL ARTS |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants ADAM LOWRY and MARGARET LOWRY A/K/A MARGARET KLATT, individually and d/b/a TATAMI MARTIAL ARTS, that the above-entitled action is hereby dismissed **without prejudice** against ADAM LOWRY and MARGARET LOWRY A/K/A MARGARET KLATT, individually and d/b/a TATAMI MARTIAL ARTS, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by September 10, 2016, the dismissal shall be deemed **with prejudice.** If all terms are satisfied on or before September 10, 2016, than Plaintiff, will file motion to dismiss case with prejudice within 10 days of satisfaction of agreement.

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: May 7, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley, Esquire
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated: MAY 8, 2013

**ADAM LOWRY**
Individually and d/b/a Tatami Martial Arts

Dated: MAY 8, 2013

**MARGARET LOWRY A/K/A MARGARET KLATT**
Individually and d/b/a Tatami Martial Arts

**IT IS SO ORDERED:**

Dated:_____

_____
**The Honorable Jon S. Tigar
United States District Court
Northern District of California**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 7, 2013, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ADAM LOWRY and MARGARET LOWRY A/K/A MARGARET KLATT, individually and d/b/a TATAMI MARTIAL ARTS**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Adam Lowry                                              (Defendant, Pro Se)
9951 San Pablo Avenue
El Cerrito, CA 94530

Ms. Margaret Lowry a/k/a Margaret Klatt                     (Defendant, Pro Se)
9951 San Pablo Avenue
El Cerrito, CA 94530

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 7, 2013, at South Pasadena, California.

Dated: May 7, 2013

_____
VANESSA VENTURA

///