UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAM LOWRY, et al.,<br><br>    Defendants. | Case No.  11-cv-06162-JST<br><br>**ORDER NOTING THAT THE COURT WILL NOT RETAIN CONTINUING JURISDICTION OVER THE PARTIES' SETTLEMENT AGREEMENT AND DIRECTING CLERK TO SET CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 54 |

The parties have filed a stipulation of dismissal in this case.  ECF No. 54.  When all parties who have appeared in an action sign a stipulation of dismissal, such dismissal is ordinarily effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  However, because the parties' agreement to dismiss this case is contingent upon the Court exercising continuing jurisdiction to enforce the parties' settlement agreement, and the Court will not do so, the request to dismiss is DENIED.

At any time, the parties may file a stipulation of dismissal that is not contingent on any action of the Court.  In the meantime, the Court hereby directs the Clerk of Court to schedule a case management conference in this case at the earliest possible opportunity.  At the conference, the Court will set a trial date and other appropriate deadlines.  All parties or their counsel are

/ / /

/ / /

/ / /

/ / /

/ / /

1  ordered to appear personally at that conference and not to submit requests to appear by telephone.

2  **IT IS SO ORDERED**.

3  Dated: May 13, 2013

_____
JON S. TIGAR
United States District Judge