```
1   Thomas P. Riley, SBN 194706
    LAW OFFICES OF THOMAS P. RILEY, P.C.
2   First Library Square
    1114 Fremont Avenue
3   South Pasadena, CA 91030-3227

4   Tel: 626-799-9797
    Fax: 626-799-9795
5   TPRLAW@att.net

6   Attorneys for Plaintiff
    Joe Hand Promotions, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Adam Lowry, et al., <br><br> Defendants. | CASE NO. 3:11-cv-06162-JST <br><br> AMENDED STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ADAM LOWRY and MARGARET LOWRY A/K/A MARGARET KLATT, individually and d/b/a TATAMI MARTIAL ARTS |

IT IS HEREBY STIPULATED by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants ADAM LOWRY and MARGARET LOWRY A/K/A MARGARET KLATT, individually and d/b/a TATAMI MARTIAL ARTS, that the above-entitled action is hereby dismissed **with prejudice** against ADAM LOWRY and MARGARET LOWRY A/K/A MARGARET KLATT, individually and d/b/a TATAMI MARTIAL ARTS.

The parties further agree that if action is required to enforce the rights under the settlement agreement reached between the parties, such action will be brought in the Superior Court of California, County of Contra Costa, *only*.

///

///

///

///

AMENDED STIPULATION OF DISMISSAL
Case No. 3:11-cv-06162-JST
PAGE 1

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party
2  referenced-above shall bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: May 21, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley, Esquire
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated: May 22, 2013

ADAM LOWRY
Individually and d/b/a Tatami Martial Arts

Dated: May 22, 2013

MARGARET LOWRY A/K/A MARGARET KLATT
Individually and d/b/a Tatami Martial Arts

IT IS SO ORDERED:

_____          Dated: _____
The Honorable Jon S. Tigar
United States District Court
Northern District of California

AMENDED STIPULATION OF DISMISSAL
Case No. 3:11-cv-06162-JST
PAGE 2

## PROOF OF SERVICE (SERVICE BY E-MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 21, 2013, I served:

**AMENDED STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ADAM LOWRY and MARGARET LOWRY A/K/A MARGARET KLATT, individually and d/b/a TATAMI MARTIAL ARTS**

On all parties in said cause by emailing same to the Defendants at the following e-mail addresses:

| | |
|---|---|
| Mr. Adam Lowry<br>9951 San Pablo Avenue<br>El Cerrito, CA 94530<br>*tatamimultiarts@gmail.com* | (Defendant, Pro Se) |
| Ms. Margaret Lowry a/k/a Margaret Klatt<br>9951 San Pablo Avenue<br>El Cerrito, CA 94530<br>*tatamimultiarts@gmail.com* | (Defendant, Pro Se) |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 21, 2013, at South Pasadena, California.

Dated: May 21, 2013

VANESSA VENTURA